UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN LOVE LUNDY : | |
| : | CIVIL ACTION NO. 3:18-761 |
| **Plaintiff** : | |
| : | (MANNION, D.J.) |
| v. : | (CARLSON, M.J.) |
| : | |
| KENNETH LENNING, *et al.* : | |
| : | |
| **Defendant** : | |

## O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) the Report and Recommendation of Judge Carlson, (Doc. 4), is **ADOPTED IN ITS ENTIRETY**;

(2) the plaintiff's complaint, (Doc. 1) is **DISMISSED**; and

(3) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 15, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-761-01-Order.docx